UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

VANESSA O. THOMPSON )
Plaintiff )
)
vs. ) Case No. 6:17-cv-3365
)
RIVERVIEW MUNICIPAL COURT. MULLINS #00307 )
)
Defendant )

AFFIDAVIT OF FINANCIAL STATUS

I, VANESSA THOMPSON, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

I.  MARITAL STATUS AND PERSONAL DATA

   A. Single: ■   Married: ☐   Separated: ☐   Divorced: ☐

   B. Name of Spouse _____

   C. Age of plaintiff, petitioner or complainant: 50

   D. Age of spouse: _____

   E. Address of plaintiff, petitioner or complainant:
      c/o P.O. BOX 35054 SAINT LOUIS MISSOURI [63135]
      Telephone: (314) 580-1991

   F. Address of spouse: _____
      Telephone: _____

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

II. **EMPLOYMENT**

A. Name of employer: **UNEMPLOYED**

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:     Monthly $_____     Weekly $_____

Gross Income:   Monthly $_____     Weekly $_____

Does employer provide health insurance:    Yes ☐    No ☐

If employer provides health insurance, describe coverage:_____

B. Previous employment (Answer only if presently unemployed).

Name of employer: **OLIN**

Address of employer: **600 POWDER MILL RD ALTON ILLINOIS**

Employer's telephone: **618 258-2000**   Length of employment: **3YRS**

Job title or description: **PRESS OPERATOR**

Net Income:     Monthly $_____     Weekly $_____

Gross Income:   Monthly $**2,100**     Weekly $_____

C. Employment of spouse:

Name of employer:_____

Page 2

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:        Monthly $_____    Weekly $_____

Gross Income:      Monthly $_____    Weekly $_____

III. **FINANCIAL STATUS**
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

    A.    Owner of real property?     Yes ☐     No ■

If yes - Description:_____

Address:_____

In whose name?_____

Estimated value:_____

Total amount owed:_____

Owed to:_____

Annual income from property:_____

    B.    Owner of automobile:     Yes ☐     No ■

If yes - Number of automobiles owned:_____

Make_____ Model_____ Year_____

Make_____ Model_____ Year_____

In whose name registered?_____

Present value:_____

Amount owed on the automobile(s):_____

Owed to:_____

Monthly payment(s):_____

C. Cash on hand: (Include checking and savings accounts)

$ 75.00

List names and addresses of banks and associations:

Please do not state account numbers: NONE

D. Have you received within the past 12 months any money from any of the following sources:

| | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | ☐ | ✔ |
| Pensions, trust funds, annuities or life insurance payments? | ☐ | ✔ |
| Gifts or inheritances? | ☐ | ✔ |
| Welfare payments? | ☐ | ✔ |
| ADC or other governmental child support? | ☐ | ✔ |
| Unemployment benefits? | ☐ | ✔ |
| Social Security benefits? | ☐ | ✔ |
| Other sources? | ✔ | ☐ |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:
FOOD STAMPS 260.00 MONTHLY

IV. **OBLIGATIONS**

A. Monthly rental on house or apartment: 200.00

B. Monthly mortgage payments on house: NA

Amount of equity in house: NA

Page 4

C. Monthly mortgage payments on other properties: $ NA

Amount of equity in other properties: $ NA

D. Household expenses:

Monthly grocery expense: 260.00

Monthly utilities:

Gas: NA

Electric: NA

Water: NA

Other: (Specify) _____

E. Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

V. **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

Page 5


I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Signature of Plaintiff

## VERIFICATION

State of _Missouri_ )
                    )
County of _St. louis_ )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this _9th_ day of _November_, 20_17_

_Roshawnda Mondaine_
Notary Public

_10/12/2020_
My Commission Expires

ROSHAWNDA MONDAINE
Notary Public - Notary Seal
STATE OF MISSOURI
ST LOUIS County
My Commission Expires: Oct. 12, 2020
Commission # 16013055