UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VANESSA O. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-2923 DDN |
| | ) | |
| RIVERVIEW MUNIPAL COURT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Plaintiff, Vanessa O. Thompson, seeks leave to proceed in forma pauperis in this civil action against the Riverview Municipal Court and Officer Mullins at the Riverview Police Department. After a review of plaintiff's financial affidavit, the Court will grant plaintiff's motion to proceed in forma pauperis. *See* 28 U.S.C. § 1915. However, for the reasons set forth below, the Court will dismiss his complaint as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B).

**Discussion**

Under 28 U.S.C. § 1915(e), a Court must *sua sponte* dismiss an indigent plaintiff's complaint or any portion thereof which (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. A complaint is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). Dismissals on this ground should only be ordered when legal theories are "indisputably meritless," or when the claims rely on factual allegations that are "clearly baseless." *Denton v. Hernandez,* 504 U.S. 25, 31 (1992). "Clearly baseless" factual allegations include those that are "fanciful," "fantastic," and "delusional." *Id.* at 32-33 (quoting *Neitzke*, 490 U.S. at 325, 327).

From the complaint and supporting documents, plaintiff's claims are clearly frivolous. Plaintiff claims that on August 31, 2017 she was pulled over by Officer Mullins and given several traffic tickets for failing to have a valid driver's license, failing to register her motor vehicle with the Missouri Department of Revenue, driving while her license was revoked, and failing to have a state inspection sticker. When plaintiff failed to appear on her court date to pay the fines, she was given a summons for failure to appear from the Riverview Municipal Court. Plaintiff asserts that the tickets and the accompanying summons were a violation of her rights, as these were "forced contracts given without authority" by defendants.

Plaintiff claims she has a sovereign "unregulated right to travel," and she believes she is not required to have a driver's license as she has "sovereign state Citizenship."

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint the complaint is legally frivolous.

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 19th day of March, 2018.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE