## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| VANESSA O. THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No. 4:17-CV-2923 DDN |
| ) | |
| RIVERVIEW MUNICPAL COURT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 19th day of March, 2018.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE